# Exhibit B

REPLY to:
ALBERT ALVAREZ
305.341.3090
AALVAREZ@PCH-IPLAW.COM

January 2, 2019

**Via Email**
dballew@kc-dsdlaw.com

David Ballew
DUGGAN SHADWICK DOER & KURLBAUM LLC
9101 W. 110th Street
Suite 200
Overland Park, KS 66210

  **Re:** *Ultimate Fitness Group, LLC .v. Anderson, et al.*
     *Renewed request for consent to file Second Amended Complaint*

Dear David,

  In light of Defendants alleging that there are pleading deficiencies in the First Amended Complaint (as set forth in Defendants' Motion for Judgment on the Pleadings filed last Friday), we are renewing our request for your consent to file a Second Amended Complaint. The Second Amended Complaint would include additional allegations to address those <u>same</u> alleged pleading deficiencies.

  We believe there is now no good faith basis to deny this request and require Plaintiff to incur the expense of filing a motion for leave of court. Please advise by close of business tomorrow whether Defendants are amenable to this request.

            Sincerely,

            Peretz Chesal & Herrmann, P.L.


            By: <u>s/ Albert Alvarez</u>
              Albert Alvarez, Esq.